

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00142-CR

FREDDIE SCHMIDT                                                              APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Freddie Schmidt attempts to appeal from his conviction for violation of civil commitment requirements for sexually violent predators. The trial court's certification of Appellant's right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On April 9, 2012, we notified Appellant that this appeal could be dismissed unless he or any party desiring to continue the appeal filed a response

---

[1]*See* Tex. R. App. P. 47.4.

showing grounds for continuing the appeal.  Appellant filed a pro se response that does not present grounds for continuing the appeal and that contains a request for appointed counsel on appeal.

The Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an appellant may appeal only those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal.  *See* Tex. R. App. P. 25.2(a)(2).  Because the trial court's certification reflects that Appellant has no right of appeal, we deny Appellant's request for appointment of counsel as moot and dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).


                                        PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 10, 2012